United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHC USA INCORPORATED, a California corporation, and DHC CORPORATION, a Japanese corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>LA SERENE GLOBAL, a California corporation, doing business as Linda Vista Beauty Nest, TRACY TSE, an individual, and JOHN DOES 1–10,<br><br>    Defendants.<br>                                        / | No. C 15-03391 WHA<br><br>**ORDER RE MOTION FOR LEAVE TO CONDUCT DISCOVERY PRIOR TO RULE 26(f) CONFERENCE** |

      Plaintiffs DHC USA Incorporated and DHC Corporation have moved for leave to conduct discovery prior to the Rule 26(f) conference. Specifically, plaintiffs seek to conduct discovery for the limited purpose of identifying the unnamed Doe defendants, who allegedly registered an unauthorized DHC brand store on the website Amazon.com, and used that store to sell goods that infringed plaintiffs' trademarks. Plaintiffs intend to serve a subpoena on Amazon.com, Inc., for documents demonstrating the personal information, as well as IP addresses and MAC addresses, of the persons who registered the DHC brand store on Amazon's website. Plaintiffs also seek leave to conduct additional discovery, such as by serving subpoenas on individuals who might have registered the store on Doe defendants' behalf or on Internet Service Providers.

Good cause shown, plaintiffs' request to conduct discovery by serving a document subpoena on Amazon is **GRANTED**. Any information disclosed by Amazon may only be used for the limited purpose of identifying the unnamed Doe defendants. Plaintiffs have not made a sufficient showing that additional discovery is likely to lead to identifying information. Accordingly, plaintiffs' request as to unspecified additional discovery is **DENIED**. This is without prejudice to a renewed motion following the results of any production from Amazon.

**IT IS SO ORDERED.**

Dated: October 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2