IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHC USA INCORPORATED, a California Corporation, and DHC CORPORATION, a Japanese Corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOES 1–10,<br><br>　　　　Defendants. | No. C 15-03391 WHA<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

Plaintiffs have filed an *ex parte* application to continue the case management conference by ninety days while it conducts third party discovery in order to identify, serve, and meed and confer with the John Doe defendants. Good cause shown, the case management currently set for **OCTOBER 29, 2015** is hereby **CONTINUED** to **JANUARY 28, 2016 AT 11:00 A.M.** The parties will file a joint case management statement no later than seven days prior to the case management conference.

**IT IS SO ORDERED.**

Dated: October 13, 2015.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE