Robert N. Phillips (SBN 120970)
Email:     robphillips@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Dominique H. Pietz (SBN 260716)
Email:     dpietz@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA  90067-6078
Telephone: +1 310 734 5200
Facsimile: +1 310 734 5299

Attorneys for Plaintiffs DHC USA Incorporated
and DHC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DHC USA Incorporated, a California Corporation, and DHC Corporation, a Japanese Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>La Serene Global, a California Corporation, doing business as Linda Vista Beauty Nest, Tracey Tse, an individual, and John Does 1-10,<br><br>Defendants. | Case No. 3:15-cv-03391-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS DHC USA INCORPORATED AND DHC CORPORATION'S *EX PARTE* APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE BY SIXTY (60) DAYS<br><br>[NO HEARING REQUESTED]<br><br>Compl. Filed:     July 22, 2015<br>Trial Date:         None<br>Disc. Cut-Off:   None<br><br>Honorable William H. Alsup |

– 1 –                                     Case No. 3:15-cv-03391-WHA

The Court having considered the arguments and evidence submitted in support of Plaintiffs DHC USA Incorporated and DHC Corporation's ("Plaintiffs") *Ex Parte* Application to continue the Case Management Conference by Sixty (60) Days, and good cause appearing, ORDERS as follows:

The Case Management Conference currently set for January 28, 2016 is continued to March 24, 2016 at 11 a.m. in Dept. 8.  The parties will file the Joint Case Management Statement no later than seven days prior to the Case Management Conference, on March 17, 2015.

DATED: January 22, 2016.

By: _____
Honorable William H. Alsup
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware